| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | STEPHEN MEYER (CABN 263954)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5037 |
| 7 | Stephen.Meyer@usdoj.gov |
| 8 | Attorneys for United States of America |

**FILED**

Nov 12 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RUBEN AVILA BARRAZA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR 19-71690-MAG<br>NO. CR-~~10-71690-MAG~~<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the criminal complaint in the above-captioned case against RUBEN AVILA BARRAZA without prejudice.

DATED: November 12, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
HALLIE HOFFMAN
Chief, Criminal Division

1  Leave is granted to the government to dismiss the criminal complaint against RUBEN AVILA
2  BARRAZA.
3
4
5  Date: November 12, 2020

                                      HON. VIRGINIA K. DEMARCHI
6                                        United States Magistrate Judge

NOTICE OF DISMISSAL
No. CR _10-71690 MAG__                                                                  v. 7/10/2018